IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| 777 OIL COMPANY, LLC | PLAINTIFF |
| VS. | CIVIL ACTION NO. 5:21-CV-72-DCB-LGI |
| ROANN TILLER, EMMA WILLIAMS, LINDA PETERSON, VELMA DICKER, WILBERT CROCETT, CLARISSA WASHINGTON AND JOSIE B. MOORE | DEFENDANTS |

### AMENDED ORDER

BEFORE THE COURT is Rhonda C. Cooper's Motion to Withdraw as Counsel of record for the Defendants Emma Williams, Roann Tiller, Linda Peterson and Josie B. Moore, by and through Emma Williams ("Defendants"). [ECF No. 54]. The Court has considered the motion and the premises therein and, finding it to be meritorious, hereby GRANTS it.

Accordingly, it is hereby ORDERED that Mid-Town Law Office, P.A., and its attorneys are released as counsel of record for the Defendants. It is further ORDERED that Rhonda C. Cooper shall notify Defendants that this Order has been entered.

SO ORDERED this the __19th__ day of October, 2022.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE